UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :       Crim. No. 08-831(WJM)

       v.                              :

JANET NEELY                        :       O R D E R

This matter having come before the Court on the Report and Recommendation of the

United States Magistrate Judge filed in this matter, which was submitted as a result of this Court

having referred this cause to the Magistrate Judge for the purpose of conducting a plea

proceeding under Fed. R. Crim. P. 11; and the defendant having consented to the Magistrate

Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and

Recommendation, as well as the transcript of the proceedings on November 6, 2008; and there

being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. §

636(b); and the Court finding the Report and Recommendation is neither clearly erroneous nor

contrary to law; and the Court hereby finding that the Report and Recommendation should be

approved and adopted and the defendant's guilty plea accepted,

IT IS ON THIS 19 day of Nov , 2008

ORDERED that the Report and Recommendation of the United States Magistrate Judge

is approved and adopted; and

IT IS FURTHER ORDERED that the defendant's guilty plea is accepted and a judgment

of guilt to Counts One, Two and Three of the Information shall be entered.

_____
UNITED STATES DISTRICT JUDGE