PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Janet Lee Neely  Cr.: 08-00831-001
PACTS #: 53015

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/15/2009

Original Offense:  Count 1: Conspiracy to Defraud the United States, 18:371
Count 2: Frauds and Swindles (Mail Fraud), 18:1341 & 2
Count 3: Attempt to Evade or Defeat Tax, 26:7201

Original Sentence: Imprisonment - 97 months imprisonment; Supervised Release – 3 years

Special Conditions: Special Assessment, Financial Disclosure, Cooperate with the IRS, No New Debt/Credit, Mental Health Treatment, Employment Restrictions, DNA Testing

Type of Supervision: Supervised Release  Date Supervision Commenced 05/31/16

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1  The offender has violated the supervision condition which states 'The defendant shall make restitution in the amount of $3,798,610.89. The defendant shall satisfy the amount due in monthly installments of no less than $200.00, to commence 30 days after release from confinement.'

The offender has been unable to satisfy the restitution in full, as ordered by the Court at sentencing on April 15, 2009. On April 24, 2017, the undersigned wrote the Court and advised Your Honor of the offender's failure to submit monthly restitution payments as ordered. At that time, our Office requested that no action be taken. The offender was verbally reprimanded and instructed to commence making monthly payments of no less than $200 immediately. Since April 2017, Neely has been compliant with her restitution payments. To date, the offender has paid $38,493.42, and the outstanding restitution balance is $3,635,907.43.

U.S. Probation Officer Action:

The offender's term of supervision is scheduled to expire on May 30, 2019. We believe the offender has paid the restitution to the best of her financial ability. No Court action is requested at this time, and we recommend that the term of supervision be allowed to expire as scheduled. It should be noted that her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

Respectfully submitted,

*Elizabeth Villa*
By: Elizabeth A. Villa
Senior U.S. Probation Officer
Date: 03/07/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken - Supervision to Expire as Scheduled on May 30, 2019

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

3/11/19
Date